

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00625-CV

Manuel **GONZALES**,
Appellant

v.

**THE ANNEX APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV06540
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: December 18, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 21, 2024. Appellant failed to file his brief or a motion for extension of time. On November 14, 2024, we issued an order informing appellant that his brief was overdue and directing him to file his brief on or before December 2, 2024. We warned appellant that if his brief was not filed by December 2, 2024, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to

comply with a court order). Appellant failed to file his brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM